[This opinion has been published in *Ohio Official Reports* at 80 Ohio St.3d 1211.]

HARRIS ET AL., APPELLANTS, *v*. KENNEDY ET AL., APPELLEES.

[Cite as *Harris v. Kennedy*, 1997-Ohio-111.]

*Appeal dismissed as improvidently allowed.*

(No. 96-1467—Submitted October 21, 1997—Decided December 3, 1997.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 69420.

————————————

*Levey & Gruhin* and *Harold L. Levey*, for appellants.

*Sharon Sobol Jordan*, Cleveland Director of Law, and *Charles E. Hannan, Jr.*, Assistant Director of Law, for appellees.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————————